IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LILA EDINGTON,<br><br>               Plaintiff,<br><br>vs.<br><br>MENARD, INC.,<br><br>               Defendant. | **7:17CV5001**<br><br>**AMENDED PROGRESSION ORDER** |

      IT IS ORDERED that the final progression order is as follows:

1) The jury trial of this case is set to commence before Joseph F. Bataillon, United States District Judge, in the Lincoln County Courthouse, 301 N. Jeffers St., North Platte, Nebraska, at 8:30 a.m. on February 11, 2019, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on January 29, 2019 at **10:00 a.m.**, and will be conducted by internet/telephonic conferencing. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on January 28, 2019.

3) The deadline for serving written discovery under Rules 33, through 36 of the Federal Rules of Civil Procedure is September 15, 2018. Motions to compel Rule 33 through 36 discovery must be filed by November 1, 2018.
**Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4) The deadlines for complete expert disclosures for all experts

expected to testify at trial, (both retained experts, ([Fed. R. Civ. P. 26(a)(2)(B)](#)), and non-retained experts, ([Fed. R. Civ. P. 26(a)(2)(C)](#)), are:

    For the defendant:        June 15, 2018.

    For the rebuttal:        July 2, 2018.

5)     The deposition deadline is September 3, 2018.

6)     The deadline for filing motions to dismiss and motions for summary judgment is October 1, 2018.

7)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is October 1, 2018.

Dated this 25th day of April, 2018.

                            BY THE COURT:

                            *s/ Cheryl R. Zwart*
                            United States Magistrate Judge